UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2005-1 | Case No. 5:07-cv-2142 |
| Plaintiff, | Judge Sara Lioi |
| vs. | **JUDGMENT** |
| Leonard Sherer, et al. | |
| Defendants. | |

UNITED STATES DISTRICT JUDGE SARA LIOI

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE: September 26, 2007

s/ Sara Lioi
Judge Sara Lioi
UNITED STATES DISTRICT JUDGE

E42

G:\Cases - TM\07-16298\Motion for Default Judgment-070829-MAH.wpd